**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | | |
|---|---|---|
| **ANGELO B. SHORT,** | : | |
| | : | |
| **Petitioner,** | : | |
| | : | |
| **VS.** | : | |
| | : | **NO. 4:26-CV-00851-CDL-CHW** |
| **GREGORY SAMPSON,** | : | |
| | : | |
| **Respondent.** | : | |

## ORDER

*Pro se* Petitioner Angelo B. Short, a prisoner at Macon State Prison in Oglethorpe, Georgia, filed an application for writ of habeas corpus.  ECF No. 1.  He has now filed a motion stating that the filing of his habeas application in federal court was in error and that he intended the application to be filed in state court.  ECF No. 5.  Petitioner seeks to "withdraw" his federal habeas application and acknowledges that he has not exhausted his state remedies.  *Id*.  Rule 41 of the Federal Rules of Civil Procedure provides that a "…plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion to summary judgment, or (ii) a stipulation of dismissal signed by all parties who have appeared."  Fed. R. Civ. P. 41(a)(1)(A).  Because the respondent has not been served in this case, leave of court is not required to dismiss this action, and Petitioner is automatically entitled to voluntary dismissal.  Accordingly, Petitioner's request to dismiss (ECF No. 5) is **GRANTED** and this civil action is **DISMISSED without prejudice.**

**SO ORDERED**, this 8th day of June, 2026.

S/Clay D. Land
_____
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA